United States District Court
For the Northern District of California



FILED
2010 JAN 29 P 2: 02
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 10 80016 MISC

Gary Douglass Grant - #173665

VRW

_____/

## ORDER TO SHOW CAUSE

It appearing that Gary Douglass Grant has been interim suspended by the State Bar Court following a criminal conviction and is required to comply with Rule 9.20 of the California Rules of Court effective November 20, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before March 7, 2010 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Gary Douglass Grant
Attorney At Law

The Grant Law Corporation
55 Bluff Cove Dr
Aliso Viejo, CA 92656