**FILED**

MAR 22 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV 10 80016 MISC VRW

Gary Douglas Grant,                  ORDER

    State Bar No 173665

_____/

    On January 29, 2010, the court issued an order to show cause (OSC) why Gary Douglas Grant should not be removed from the roll of attorneys authorized to practice law before this court, based upon his inactive enrollment by the State Bar of California following a criminal conviction, effective November 20, 2009.

    The OSC was mailed to Mr Grant's address of record with the State Bar on February 3, 2010. A written response was due on or before March 7, 2010. No response to the OSC has been filed as of this date.

    The court now orders Gary Douglas Grant removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

    IT IS SO ORDERED.

                                           VAUGHN R WALKER
                                           United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:   Case Number: CV10-80016 VRW

Gary Douglass Grant,   **CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 22, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gary Douglass Grant
The Grant Law Corporation
55 Bluff Cove Drive
Aliso Viejo, CA 92656

Dated: March 22, 2010

                    Richard W. Wieking, Clerk
                    By: Cora Klein, Deputy Clerk

                    *Cora Klein*